# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                    **4:17-CR-00107-01-SWW**

**TYRONE ANTHONY POPE**

## ORDER

Pending is Defendant's Second Motion for Compassionate Release (Doc. No. 51).  Essentially, he simply disagrees with the Court's previous ruling.  For the same reasons set out in the July 20, 2020 Order[1] – end-stage glaucoma is not an extraordinary and compelling reason for release, and the § 3353(a) factors weigh against release – the motion is DENIED.

IT IS SO ORDERED, this 5th day of October, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 49.